# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Theodore G. Hartsock, Jr., as Personal Representative of the Estate of Sarah Mills Hartsock, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:13-cv-00419-PMD-MGB |
| v. | ) ) | **ORDER** |
| Goodyear Dunlop Tires North America LTD, *a foreign corporation*; and The Goodyear Tire & Rubber Company, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Defendants' motion for reconsideration of this Court's November 30, 2015 order, in which the Court overruled objections to an order issued by Magistrate Judge Mary Gordon Baker and adopted her order as its own (ECF Nos. 170, 143, & 137, respectively). Defendants ask that this Court alter portions of its order or, in the alternative, certify its order for immediate appeal.

After carefully reviewing Defendants' motion, as well as Plaintiff's response thereto, this Court declines to alter its November 30 order by itself. As to the certification request, the Court has carefully considered the parties' arguments as to what standard governs the parties' dispute over Defendants' trade secret. In this Court's opinion, Magistrate Judge Baker's order, which this Court adopted, involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See* 28 U.S.C. § 1292(b).

2

Pursuant to § 1292(b), Defendants shall have ten days from the date of this order to apply to the Fourth Circuit for permission to appeal. All proceedings in this matter are hereby **STAYED** pending Defendants' application and, if granted, during the appeal.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

**January 19, 2016**
**Charleston, South Carolina**

2